Michael W. Collins, State Bar# 197829
**Law Offices of Collins & Lamore**
**Attorneys at Law**
8 Whatney #102
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Juan Rivera,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PPA, ENTITY UNKNOWN;<br>and Does 1 – 10,<br><br>　　　　Defendants | Case No.: **SACV 13 - 00078 RNB**<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br><br>15 United States Code § 1692 et seq<br>and CA Civ. Code §1788 et seq; |

Plaintiff, JUAN RIVERA, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1.　　This action for actual damages, statutory damages, attorney fees and costs is brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692, et seq. (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, CA Civ. Code §1788 et seq. (hereinafter "RFDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2. According to 15 U.S.C.§ 1692:

   a. There is abundant evidence of the use of Abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to Marital instability, to the loss of jobs, and to invasions of individual privacy.

   b. Existing laws and procedures for redressing these Injuries are inadequate to protect consumers.

   c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

   d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

   e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692K(d) and 28 U.S.C. §§ 2201 AND 2202.

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

////

////

## III. VENUE

5. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.SC. § 1692k(d), in that Plaintiff resides in this judicial district and Defendant transacts business in this judicial district and some of the facts related to the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the Southern Division of this Court because Plaintiff resides in Orange County and a substantial part of the events or omissions which gave rise to this lawsuit occurred in Orange County.

## V. PARTIES

7. Plaintiff, JUAN RIVERA (hereinafter "Plaintiff"), is a natural person residing in Huntington Beach, CA. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3.

8. Plaintiff is informed and believes, and thereon alleges that Defendant, PPA, ENTITY UNKNOWN (hereinafter "PPA"), is or was at all relevant times, a debt buyer aka Davis & Associates and Platinum Partners, whose corporate status or business structure is currently unknown to Plaintiff, engaged in the business of collecting debts in this state with its principal place of business appearing to be located at: 101 E. Lambert Road, Suite 205, La Habra, CA 90631.

9. The principal business of PPA is the collection of debts using the mails and telephone, and PPA regularly attempts to collect debts alleged to be due another. PPA is a "debt collector" within the meaning of 15 U.S.C. § 1692A(6).

10. Does 1 – 10 are additional persons or entities responsible in some way for the harms suffered by Plaintiff as alleged herein, and will be named by their true names upon discovery thereof.

## VI. FACTUAL ALLEGATIONS

11. Plaintiff is alleged to have incurred a financial obligation, namely a consumer debt, with PPA assignee of Household Retail Services (hereinafter "the alleged debt"). The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12. Plaintiff neither admits nor denies owing any current balance on the "alleged debt", but did enter into a retail installment agreement with Household Retail Services on or about 2003. On or about May 2005, said account was sold to a debt buying entity, name unknown. The last payment was made on this "alleged debt" on or before December 2005.

13. On or about November 27, 2012, Defendant called Plaintiff and advised him that the "alleged debt" was now $26,000 from 2003, but would settle the "alleged debt" for $1,500 if paid immediately. Defendant, by and through their employee named "Nancy", further stated that "you are going to court for $26K" and "when is a good time for us to come to your house and hand you a summons?" Defendant gave Plaintiff 2 hours to resolve the debt for the settlement offered before receiving a summons.

14. Plaintiff was at his Doctor's office at the time and told Defendant he couldn't talk right now (Plaintiff was at his urologist getting follow-up treatment after a recent surgery). Plaintiff told Defendant that he was shaking because he was so nervous and to let him call back at a better time. Defendant told Plaintiff that if he gets off the phone the 10% offer is off the table and he would owe the full $26K. Out of fear Plaintiff paid $1500 by way check by phone. A true

and accurate copy of payment transaction, referenced above, is attached hereto, marked Exhibit"1".

15. On or about November 30, 2012, Plaintiff received a release letter sent by Defendant. The address listed on the letter appears to reflect a physical address of "Suite H-218", but in fact is a Post Mail Box location at a Commercial Receiving Agency (UPS Store). No mention of PMB is in the address on the letter as required by postal regulations regarding use of CMRA facilities. Furthermore, Defendant deceptively uses Suite within its address as prohibited by postal regulations regarding use of CMRA facilities. A true and accurate copy of said letter, referenced above, is attached hereto, marked Exhibit"2".

16. Up to and preceding the payment made to Defendant on or about November 27, 2012, Plaintiff had 3 conversations with Defendant. On one occasion, Defendant called from a blocked # listed as "Davis & Associates" but Plaintiff later realized it was actually Platinum Partners (PPA). Plaintiff was unable to determine the true source and name of whom the collection calls were being made.

17. At all times referenced herein, when collection efforts were being made by Defendant, the statute of limitations had been expired since 2009 and Defendant deceptively insinuated to Plaintiff that legal action could and would be taken when in fact it could not lawfully be taken.

.

## VII. CLAIMS COUNT I - FDCPA
## FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff brings a claim for relief against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

19. Plaint. incorporates all paragraphs of Complaint as though fully set forth herein.

20. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

21. Defendant, PPA, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

22. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

23. Defendant has violated the FDCPA, The violations The violations include, but are not limited to, the following.

    a. PPA threatened to file suit on an out of statute debt when in fact such action could not be legally taken and that was not intended to be taken in violation of 15 U.S.C. § 1692e(5) and 1692e(10);

    b. PPA falsely represented the character, amount, and legal status of the debt by implying that the balance due was $26,000 and implying that a summons was ready to be served and inquiring "when a good time was to serve a summons" in violation of 15 U.S.C. § 1692e(2)(A) and 1692e(10);

    c. PPA used unfair means to collect a debt by using a deceptive and false address in violation of 15 U.S.C. § 1692e(2)(A) and 1692f(8); and

    d. PPA misrepresented the true source or nature of the collection communications, in violation of 15 U.S.C. § 1692e, 1692e(10), and 1692e(14);

    e. PPA insisted on continued communication with Defendant at an inconvenient time and location, while Plaintiff was at his Doctor's office, known to be inconvenient in violation of 15 U.S.C. § 1692e, 1692e(10), and 1692c(a)(1);

24. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

25. As a result of Defendant's FDCPA violations, Plaintiff is entitled to an award of statutory damages, actual damages, costs and reasonable attorneys fees, pursuant to 15U.S.C. § 1692k.

/////

/////

## VIII. CLAIMS COUNT I - RFDCPA

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

26. Plaintiff reincorporates by reference all of the preceding paragraphs.

27. To the extent that Defendant's actions, recounted above, violated the RFDCPA CA Civil Code §1788 et al., those actions were done knowingly and willfully.

28. As a result of Defendant's RFDCPA violations, Plaintiff is entitled to an award of statutory damages, actual damages, costs and reasonable attorneys fees, pursuant to CA Civ. Code §1788.30.

## IX. DECLARATION BY PLAINTIFF

I declare under the penalty of perjury and in accordance with the laws of the State of California that the foregoing is true and correct.

Executed on  1-5-13 , at  Huntington Beach, CA

*(signature)*

Plaintiff: Juan Rivera

## X. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a) Assume Jurisdiction in this proceeding;

b) Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e(2)A, 1692e(5), 1692e(10), 1692e(14), 1692c(a)(1), 1692f(8), and such other statutes that may be proven at trial;

c) Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, CA Civil Code §1788 et al., and such other statutes that may be proven at trial;

d) Award Plaintiff statutory damages in an amount not exceeding $1,000 for each occurrence, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and an additional $1,000 for each occurrence, pursuant to CA Civil Code §1788.30(b) ;

e) Award Plaintiff actual damages in the amount of $1500 plus further damages as may be proven at trial;

f) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15U.S.C. § 1692k(a)(3);

g) Award Plaintiff such other and further relief as may be just and proper.

Law Offices of Collins & Lamore

_____
Michael W. Collins, Esq.
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Juan Rivera, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

_____
Michael W. Collins, Esq.

**Exhibit "1"**

BASIC CHECKING 0008 — Nov 28 - Nov 28, 2012 Custom                Page 1 of 1



Exhibit 1

**BASIC CHECKING 0008**
Nov 28 - Nov 28, 2012 Custom

Balance $2,438.02
Available $2,260.02

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/28/2012 | Withdrawal STATE FARM RO 27 / TYPE: SFPP CO: STATE FARM RO 27 | | $125.30 | $1,977.80 |
| 11/28/2012 | Withdrawal STATE FARM RO 27 / TYPE: SFPP CO: STATE FARM RO 27 | | $50.00 | $2,103.10 |
| 11/28/2012 | Deposit SFIMC / TYPE: INVESTMENT CO: SFIMC | $1,500.00 | | $2,153.10 |
| 11/28/2012 | Withdrawal PLATINUM PARTNERS & / AS 1901 E LAMBERT ROAD Date 11/26/12 ▓▓▓▓▓ 8931 %% Card 15 #7012 | | $1,500.00 | $653.10 |
| 11/28/2012 | Withdrawal KAISER PHARMACY #356 / 18081 BEACH BLVD HUNT Date 11/26/1▓▓▓▓▓▓ 5912 %% Card 15 #7012 | | $19.62 | $2,153.10 |



https://www.ocfcu.org/onlineserv/HB/sdp/com.diginsite.product.sdp.SDP/historypage?acc...   12/3/2012

**Exhibit "2"**

Exhibit 2



**PPA**

**407 WEST IMPERIAL HIGHWAY SUITE H-218**
**BREA, CA 92821-4803**
**TEL: 855-495-5400 FAX: 855-386-9900**

\*Personal and Confidential\*                                          November 27, 2012
JUAN RIVERA
9682 BICKLEY DR
EAST HUNTINGTION BEACH, CA 92646-4147

RE:   Original Creditor: Household Retail Services
      Original Account: #████████████2460
      Account #: ███132
      Balance: $0.00

As of November 27, 2012 **PPA** has released you from all claims and liabilities pertaining to the above referenced account. Furthermore, our trade lines with major credit reporting bureaus will be updated accordingly.

Please contact us if you have any question.

Sincerely,


**Amy Smith**
**Accounting Department**


**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Juan Rivera

**DEFENDANTS** PPA, entity unknown

;and Does 1 – 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Law Offices of Collins & Lamore
8 Whatney #102, Irvine, CA 92618
949-581-9300

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $3,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA 15 USC 1692

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV 13 - 00078 RNB**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
 ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 1/15/13

Michael Collins, CSB 191879

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Juan Rivera,

*Plaintiff(s)*

v.

PPA, ENTITY UNKNOWN;
and Does 1 – 10,

*Defendant(s)*

Civil Action No.

**SACV 13 - 00078 RNB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PPA, ENTITY UNKNOWN
101 E. Lambert Road, Suite 205
La Habra, CA 90631.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/16/13

**DENISE VO**
*Signature of Clerk or Deputy Clerk*